# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 21, 2022

Lyle W. Cayce
Clerk

No. 18-20744

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

OSCAR GUADALUPE GUTIERREZ-VIRRUETA,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CR-638

Before RICHMAN, *Chief Judge,* and DAVIS and DENNIS, *Circuit Judges*.
PER CURIAM:*

In 2018, Oscar Guadalupe Gutierrez-Virrueta pleaded guilty to illegal reentry. The district court sentenced him to 23 months of imprisonment, followed by three years of supervised release.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 18-20744

Gutierrez-Virrueta served his sentence and was released on July 3, 2019.  No further action was taken in terms of revocation/modification of supervised release.

The only issue defendant raised in this appeal was a challenge to a supervised release condition.  Because the term of supervised release has been completed, no relief can be granted, and the appeal is therefore moot.

APPEAL DISMISSED AS MOOT.